PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JESSICA ANN WILSON,                          )
                                             )    CASE NO.  4:22CV1811
        Plaintiff,                     )
                                             )
        v.                             )    JUDGE BENITA Y. PEARSON
                                             )
CORECIVIC INC., *etc.*, *et al.*,            )
                                             )    **ORDER**
        Defendants.                    )    [Resolving ECF No. 24]

Pending is Defendants' Motion for Leave to Extend Pretrial Deadlines (ECF No. 24), filed in compliance with the Minutes of Proceedings dated May 10, 2023.

For good cause shown, the motion is granted without opposition.  Unless modified herein, the Case Management Plan (ECF No. 12) entered on January 27, 2023 remains in full effect.

1. Discovery, including expert discovery, shall be completed on or before August 18, 2023.

Defendants shall identify their retained expert(s), if any, and submit an opposing written report(s) to opposing counsel on or before July 21, 2023.

A party may take a discovery deposition of its opponent's expert witness only after the exchange of reports has occurred.  The discovery deposition of an opponent's expert witness shall be completed on or before August 18, 2023.  If a party chooses not to use its own expert

(4:22CV1811)

witness, it will be permitted to take the discovery deposition of its opponent's expert witness only after submitting a written statement advising the Court and opposing counsel to that effect.

A party may not call an expert witness to testify unless a written report prepared and signed by the witness has been procured and provided to opposing counsel.  The report shall contain a complete statement of all opinions of the expert as to each issue on which she will testify and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the previous 10 years; the compensation to be paid for the study and testimony in the case; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.  An expert will not be permitted to testify or provide opinions on issues not raised in her report.

2.  Before a party may file a dispositive motion, it must submit a written request for judgment or to be dismissed to opposing counsel.  Opposing counsel shall either agree to the judgment or request for dismissal or shall give explicit reasons in writing for refusing to do so. Upon such refusal, the party shall reassess its position and may file a dispositive motion if the party believes it is still entitled to summary judgment or dismissal.  The dispositive motion must be accompanied by a statement certifying that this exchange has occurred.

The cutoff for filing dispositive motions is September 1, 2023.  Responses shall be filed by October 2, 2023 (*See* LR 7.1(d)) and Replies by October 16, 2023 (*See* LR 7.1(e)).

2

(4:22CV1811)

Lead counsel of record shall confer with one another in person in order to prepare written stipulations as to all uncontested facts to be presented by the dispositive motion.  The stipulations shall be filed with the Court on or before September 1, 2023.  If there are no stipulations, a joint notice stating same shall be filed by the same date.  These are mandatory requirements.


      IT IS SO ORDERED.


   June 2, 2023                  */s/ Benita Y. Pearson*      

Date                                    Benita Y. Pearson

                                     United States District Judge