PEARSON, J.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA ANN WILSON, | ) | |
| | ) | CASE NO.  4:22CV1811 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC INC., *etc.*, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 29] |

Pending is Defendants' Motion for Leave to Amend Defendant's Answer to Plaintiff's First Amended Complaint (ECF No. 29) to assert the affirmative defense of non-party apportionment pursuant to Ohio Rev. Code § 2307.23.  Defendants attached the Proposed Amended Answer (ECF No. 29-1) to the motion.  Plaintiff consents to Defendants' request and defers to the discretion of the Court.  *See* Plaintiff's Response (ECF No. 31).

For good cause shown, Defendants' Motion for Leave (ECF No. 29) is granted without opposition.  Defendants shall forthwith file the Amended Answer.


IT IS SO ORDERED.


__July 10, 2023__                    _/s/ Benita Y. Pearson_
Date                                         Benita Y. Pearson
                                                  United States District Judge