PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA ANN WILSON, | ) | |
| | ) | CASE NO.  4:22CV1811 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC INC., *etc.*, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

TAKE NOTICE that unless a stipulation of the parties to a voluntary psychiatric examination of Plaintiff on a date within the extended discovery cutoff date is filed, Defendants' Motion for Order Compelling Psychiatric Examination (ECF No. 36-1) shall come on for hearing on Monday, August 7, 2023, at 3:00 p.m. EDT before the undersigned in Courtroom 351, Thomas D. Lambros United States Court House, 125 Market Street, Youngstown, Ohio.  Each side shall be prepared to voice its position regarding the motion.

IT IS SO ORDERED.

| | |
|---|---|
| __August 3, 2023__ | __/s/ Benita Y. Pearson__ |
| Date | Benita Y. Pearson |
| | United States District Judge |