Approved.
/s/ *Benita Y. Pearson* on 8/7/2023
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| JESSICA ANN WILSON, | Civil Action No. 4:22-cv-01811-BYP |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR PSYCHIATRIC EXAMINATION OF PLAINTIFF** |
| CORECIVIC, Inc., dba NORTHEAST OHIO CORRECTIONAL CENTER, et al., | |
| Defendants. | |

Plaintiff Jessica Ann Wilson ("Plaintiff") and Defendants CoreCivic, Inc., dba Northeast Ohio Correctional Center, and David Bobby ("Defendants"), through undersigned counsel, hereby advise the Court that Plaintiff has voluntarily agreed to stipulate to the psychiatric evaluation proposed in Defendants' Motion (Dkt. 36).

Dr. Penn will complete his examination of Plaintiff on or before August 18, 2023, per the Court's Scheduling Order (Dkt. 37), unless the Court grants Defendants' Motion to extend the discovery deadline (Dkt. 38).

**IT IS SO ORDERED.**

Dated: _____        _____

United States District Judge
Northern District of Ohio

**WE SO MOVE TO STIPULATE.**

By:/s/ Sarah Thomas Kovoor                r
   Sarah Thomas Kovoor, #0069223
   Kovoor Law, LLC
   P.O. Box 310
   Warren, OH  44482
   *Attorney for Plaintiff*

By:/s/Timothy J. Bojanowski
   Timothy J. Bojanowski, #0016162
   Struck Love Bojanowski & Acedo, PLC
   3100 W. Ray Road, Ste. 300
   Chandler, AZ  85226
   *Attorney for Defendants CoreCivic, Inc., dba Northeast Ohio Correctional Center, and David Bobby*

Dated: 08/4/2023

Dated: 08/4/2023

- 2 -