PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JESSICA ANN WILSON, ) | |
| ) | CASE NO.  4:22CV1811 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| CORECIVIC INC., *etc.*, *et al.*, ) | |
| ) | **ORDER** |
| Defendants. ) | [Resolving ECF No. 38] |

Pending is Defendants' Motion to Extend Deadlines (ECF No. 38).  Defendants request a 30-day extension of the discovery cutoff date, from August 18, 2023 to September 18, 2023. Defendants also request that the cutoff for filing dispositive motions be moved from September 1, 2023 to September 18, 2023, with responses due October 19, 2023, and replies due November 2, 2023.

On June 2, 2023, the Court entered an Order (ECF No. 25) that extended (1) the fact and expert discovery cutoff to August 18, 2023 and (2) the cutoff for filing dispositive motions to September 1, 2023.  The Court also entered a Civil Trial Order (ECF No. 26) that set the case for a Final Pretrial Conference on December 20, 2023 and jury trial on January 16, 2024.

(4:22CV1811)

Defendants note that Plaintiff has not responded to any of Defendants' Requests for Production of Documents (including signed Releases from Plaintiff) that were propounded on April 26, 2023 and June 9, 2023.  Defense counsel, however, overlooks the fact that he did not bring any discovery dispute associated therewith to the Court's attention until the filing of ECF No. 38 on August 3, 2023.  *See* Case Management Plan (ECF No. 12) at PageID #: 79, ¶ 11 ("Counsel shall comply with LR 37.1, which outlines a process for resolution of discovery disputes . . .").

The case at bar presents what happens when litigants wait until the last minute to complete discovery.  The differentiated case management processes this Court utilizes to manage its case docket are essential to the delay and cost reduction purposes of the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471 *et seq.*  The Court finds that ECF No. 38 fails to establish good cause to warrant further extensions of the fact and expert discovery cutoff and the cutoff for filing dispositive motions.  The Court questions whether a dispositive motion should even be filed given that "[t]here is controversy in this case, based upon witness statements, video footage, and other evidence, whether any sexual contact with Plaintiff occurred at all or whether any sexual contact was consensual on Plaintiff's part."  ECF No. 38 at PageID #: 306.

Defendants declare "[n]o party will be unfairly prejudiced by the requested brief extension."  ECF No. 38 at PageID #: 308.  A dispositive motion, however, would not be ripe for ruling until November 3, 2023 (which is less than seven weeks prior to the Final Pretrial Conference on December 20, 2023).  The Court thoughtfully imposed this schedule in consultation with the parties.  The motion is late, well after compliance/production by Plaintiff

(4:22CV1811)

should have occurred; and the enlargement suggested would needlessly compress the time

allotted for resolution of dispositive motions and trial preparation.

Accordingly, Defendants' Motion to Extend Deadlines (ECF No. 38) is denied.


IT IS SO ORDERED.


  August 7, 2023    
Date

  /s/ Benita Y. Pearson    
Benita Y. Pearson
United States District Judge

3