PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JESSICA ANN WILSON, ) | |
| ) | CASE NO.  4:22CV1811 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| CORECIVIC INC., *etc.*, *et al.*, ) | |
| ) | **ORDER** |
| Defendants. ) | [Resolving ECF No. 43] |

Pending is Attorney Rachel Love's Motion for Admission *Pro Hac Vice* (ECF No. 43).

The motion is accompanied by an Affidavit (ECF No. 43-1) attesting to good standing and the

$120.00 fee (Receipt Number AOHNDC-12122787) as required by LR 83.5(h).

For good cause shown, the motion is granted.  Rachel Love shall be entered on the docket

as representing Defendants.

The attorney is reminded of the requirement to register for CM/ECF and to file and

receive all documents electronically.  *See* LR 5.1(c).


IT IS SO ORDERED.


   August 9, 2023          */s/ Benita Y. Pearson*
Date                                    Benita Y. Pearson
                                        United States District Judge