PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA ANN WILSON, | ) | |
| | ) | CASE NO.  4:22CV1811 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC INC., *etc.*, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 61] |

Pending is Attorney Rory P. Biggins' Motion for Admission *Pro Hac Vice* (ECF No. 61).

The motion is accompanied by an Affidavit (ECF No. 61-1) attesting to good standing, a

Certificate of Good Standing (ECF No. 61-2), and the $120.00 fee (Receipt Number

AOHNDC-12160542) as required by LR 83.5(h).

For good cause shown, the motion is granted.  Rory P. Biggins shall be entered on the

docket as representing Plaintiff.

The attorney is reminded of the requirement to register for CM/ECF and to file and

receive all documents electronically.  *See* LR 5.1(c).


IT IS SO ORDERED.


| | |
|---|---|
| September 1, 2023 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |