PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA ANN WILSON, | ) | |
| | ) | CASE NO.  4:22CV1811 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC INC., *etc.*, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF Nos. 52, 58, and 65] |

Pending is Defendants' Motion for Leave to File Under Seal (ECF No. 52).  Defendants request permission to file under seal (1) the Detention Services Intergovernmental Pass-Through Agreement and (2) the Agreement Between Mahoning County, Ohio and CoreCivic, Inc., which are Exhibits 1 and 2 to Defendants' Response to Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 51).  According to Defendants, the Agreements contain confidential security-sensitive and proprietary information and as such have been marked confidential pursuant to the parties' Stipulated Protective Order (ECF No. 23).  For good cause shown, the motion is granted without opposition.

Also pending is Defendants' Motion for Leave to File Under Seal (ECF No. 58). Defendants request permission to file under seal a video of Plaintiff's Independent Psychiatric Examination taken by Dr. Joseph Penn on August 18, 2023, which is Exhibit 2 to Defendants' Motion to Enforce Rule 35 Order (ECF No. 57).  According to Defendants, the video contains confidential protected health care information and as such has been marked

(4:22CV1811)

confidential pursuant to ECF No. 23.  For good cause shown, the motion is granted without opposition.

Finally, pending is Defendants' Motion for Leave to File Under Seal (ECF No. 65). Defendants request permission to file under seal excerpts of Plaintiff's deposition transcript of August 17, 2023, which is Exhibit 1 to Defendants' Reply Memorandum in Support of the Motion to Enforce Rule 35 Order (ECF No. 64).  According to Defendants, the deposition excerpts contain confidential protected health care information and as such have been marked confidential pursuant to ECF No. 23.  For good cause shown, the motion is granted.

IT IS SO ORDERED.

September 12, 2023                           /s/ Benita Y. Pearson
Date                                               Benita Y. Pearson
                                                      United States District Judge

2