PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA ANN WILSON, | ) | |
| | ) | CASE NO. 4:22CV1811 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC INC., *etc.*, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 76] |

Pending is Defendants' Motion for Leave to File Under Seal (ECF No. 76). Defendants request permission to file under seal Exhibits 1, 7, 9-10, 13-14, 15 (Attachments D-Q only), 17 (Attachments A-B only), 18-21, 24-29 to Defendants' Motion for Summary Judgment (ECF No. 74).[1] According to Defendants, the exhibits include confidential protected health care information and security-sensitive and proprietary information and as such have been marked confidential pursuant to the parties' Stipulated Protective Order (ECF No. 23). For good cause shown, the motion is granted without opposition.

IT IS SO ORDERED.

December 15, 2023
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge

---

[1] *See* Index of Exhibits (ECF No. 76-2) for a description of each exhibit.