PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA ANN WILSON, | ) | |
| | ) | CASE NO.  4:22CV1811 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC INC., *etc.*, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

Pending is Plaintiff's Motion to Dismiss Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (ECF No. 83).

Defendants shall serve and file a memorandum in opposition to the motion on or before December 18, 2023, at 4:00 p.m. EST.

Plaintiff shall serve and file a reply memorandum on or before December 19, 2023, at 12:00 p.m. Noon EST.

IT IS SO ORDERED.

  December 15, 2023      /s/ Benita Y. Pearson
Date                    Benita Y. Pearson
                        United States District Judge