PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA ANN WILSON, | ) | |
| | ) | CASE NO.  4:22CV1811 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC INC., *etc.*, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 92] |

Pending is Defendants' Unopposed Motion for Leave to File Under Seal (ECF No. 92).

Defendants request permission to file under seal Exhibit 1 to Defendants' Response to Plaintiff's

Motion to Dismiss (ECF No. 91).  According to Defendants, the exhibit (15 pages of raw

psychological testing data comprised of bubble sheets and handwritten notes) includes

confidential protected health care information and proprietary information and as such has been

marked confidential pursuant to the parties' Stipulated Protective Order (ECF No. 23).  For good

cause shown, the motion is granted.


        IT IS SO ORDERED.


    December 18, 2023                       */s/ Benita Y. Pearson*
Date                                        Benita Y. Pearson
                                            United States District Judge