PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA ANN WILSON, | ) | |
| | ) | CASE NO.  4:22CV1811 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC INC., *etc.*, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 83] |

Pending is Plaintiff Jessica Ann Wilson's Motion to Dismiss Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (ECF No. 83), filed on December 11, 2023.  On December 19, 2023, the Court advised the parties it will not dismiss the three remaining claims and defendants in the First Amended Complaint (ECF No. 19) without prejudice.  *See* Order (ECF No. 99).  Two days later, Plaintiff filed a Notice of Withdrawal of ECF No. 83 (ECF No. 100).

Accordingly, ECF No. 83 shall be marked withdrawn.

IT IS SO ORDERED.

__January 12, 2024__                          __*/s/ Benita Y. Pearson*_____
Date                                              Benita Y. Pearson
                                                  United States District Judge