PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA ANN WILSON, | ) | |
| | ) | CASE NO.  4:22CV1811 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC INC., *etc.*, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF Nos. 110 and 111] |

On October 15, 2024, Defendants CoreCivic, Inc., dba Northeast Ohio Correctional Center, and David Bobby filed a Bill of Costs (ECF No. 110) and Motion for Attorneys' Fees and Nontaxable Costs (ECF No. 111).  Defendants have now filed an Unopposed Notice of Withdrawal of ECF Nos. 110 and 111.

Accordingly, ECF Nos. 110 and 111 shall be marked withdrawn.

IT IS SO ORDERED.

_August 19, 2025_                                           _/s/ Benita Y. Pearson_
Date                                                                   Benita Y. Pearson
                                                                         United States District Judge